Douglas B. Jacobs 084153
JACOBS, ANDERSON, POTTER & CHAPLIN
20 Independence Circle
Chico, CA 95973
Phone:  530-342-6144
Fax:  530-342-6310

Attorney for Defendant,
William Matthew Dugo

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br>**WILLIAM MATTHEW DUGO,**<br><br>           Debtor.<br>-------------------------------------------------------------<br>**BANK OF STOCKTON**,<br><br>     Plaintiff,<br><br>      v.<br><br>**WILLIAM MATTHEW DUGO**,<br><br>     Defendant. | **District Court Case No.:**<br>**2:15-CV-01989-WBS**<br><br>**Bankruptcy Case No:**<br>**14-22435-A-7**<br><br>**Chapter 7**<br><br>**Adversary: 14-02152**<br><br>**[PROPOSED] ORDER ON REQUEST FOR TELEPHONIC APPEARANCE**<br><br>**DATE:  2/8/16**<br><br>**TIME:  1:30 p.m.**<br><br>**DEPARTMENT:  5** |

//

//

//

1  After reviewing the request for telephonic appearance, and good cause appearing
2  therefore, the request is granted. On February 8, 2016 at 1:30 p.m., the attorney, Douglas B.
3  Jacobs, can be reached at (530) 342-6144. The courtroom deputy shall email counsel with
4  instructions on how to participate in the telephone conference call.

Dated:  January 28, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE