UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| In re WILLIAM MATTHEW DUGO,<br><br>　　　　Debtor.<br>―――――――――――――――――――<br>BANK OF STOCKTON,<br>　　　　Plaintiff,<br>　　v.<br>WILLIAM MATTHEW DUGO,<br>　　　　Defendant. | CIV. NO. 2:15-01989 WBS<br>CIV. NO. 2:15-02539 MCE<br>BANKR. NO. 14-22435-A-7 |

----oo0oo----

　　　　Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123(a) because the actions involve appeals of the same underlying adversary bankruptcy proceeding.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for

1

the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated In Re: William Matthew Dugo, Civ. No. 2:15-01989 WBS, and In Re: William Matthew Dugo, Civ. No. 2:15-02539 MCE, be, and the same hereby are, deemed related and the case denominated In Re: William Matthew Dugo, Civ. No. 2:15-02539 MCE, shall be reassigned to the Honorable WILLIAM B. SHUBB.  Any dates currently set in the reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as In Re: William Matthew Dugo, Civ. No. 2:15-02539 WBS.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriated adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS FURTHER ORDERED that a status conference is set in both cases for April 25, 2016 at 1:30 p.m.  No later than April 11, 2016, the parties shall file a joint status report in each case identifying the issues on appeal and proposing a briefing schedule and hearing date.

Dated:  March 29, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE