**2**

Douglas B. Jacobs 084153
JACOBS, ANDERSON, POTTER & CHAPLIN
20 Independence Circle
Chico, CA 95973
Phone:  530-342-6144
Fax:  530-342-6310

Attorney for Defendant,
William Matthew Dugo

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br>**WILLIAM MATTHEW DUGO,**<br><br>Debtor.<br>-----------------------------------------------------------<br>**BANK OF STOCKTON**,<br><br>    Plaintiff,<br><br>   v.<br><br>**WILLIAM MATTHEW DUGO**,<br><br>    Defendant. | **District Court Case No.:**<br>**2:15-CV-01989-WBS**<br><br>**2:15-CV-02539-WBS**<br><br>**Bankruptcy Case No:**<br>**14-22435-A-7**<br><br>**Chapter 7**<br><br>**Adversary: 14-02152**<br><br>**ORDER ON REQUEST FOR TELEPHONIC APPEARANCE**<br><br>**DATE:  4/25/16**<br><br>**TIME:  1:30 p.m.**<br><br>**DEPARTMENT:  5** |

//

//

//

[PROPOSED] ORDER ON REQUEST FOR TELEPHONIC APPEARANCE

1  After reviewing the request for telephonic appearance, and good cause appearing
2  therefore, the request is granted.  On the day of the telephonic appearance, the attorney,
3  Douglas B. Jacobs, can be reached at (530) 342-6144. The courtroom deputy shall email
4  counsel with instructions on how to participate in the telephone conference call.

Dated:  April 14, 2016

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE