**LEWIS BRISBOIS BISGAARD & SMITH LLP**
GREG L. JOHNSON, SB# 132397
  E-Mail: Greg.Johnson@lewisbrisbois.com
TIMOTHY J. NALLY, SB# 288728
  E-Mail: Timothy.Nally@lewisbrisbois.com
2020 W. El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for BANK OF STOCKTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>WILLIAM MATTHEW DUGO,<br><br>    Debtor.<br><br>BANK OF STOCKTON,<br><br>    Appellant,<br><br>vs.<br><br>WILLIAM MATTHEW DUGO,<br><br>    Appellee. | DIST. CT. CASE NO. 2:15-CV-01989-WBS<br><br>BANKR. CT, CASE NO. 14-22435-A-7<br><br>Chapter 7<br><br>ADV. NO. 14-02152-A<br><br>**STIPULATION AND [PROPOSED] ORDER TO RELEASE SUPERSEDEAS BOND** |

Appellant Bank of Stockton ("the Bank") and Appellee William Matthew Dugo ("Dugo") agree and stipulate as follows:

WHEREAS, on September 11, 2015, the bankruptcy court in the above captioned matter entered a judgment for Dugo and against the Bank, and, on November 16, 2015, entered an order awarding Dugo his attorneys' fees;

WHEREAS, the Bank appealed from the judgment and order granting Dugo his attorneys' fees, and moved for a stay of enforcement of the order granting Dugo his attorneys' fees;

WHEREAS, on February 9, 2016, the district court in the above captioned matter entered an order staying enforcement of the order awarding Dugo his attorneys' fees during the pendency

4843-9262-6295.1

STIPULATION AND [PROPOSED] ORDER TO RELEASE SUPERSEDEAS BOND

of the Bank's appeal, upon condition that the Bank post a supersedeas bond in the amount of $24,175.00;

WHEREAS, February 23, 2016, the Bank posted a supersedeas bond in the amount of $24,175.00;

WHEREAS, on August 2, 2016, the Bank's appeal was granted, the judgment appealed from reversed, and the matter remanded back to the bankruptcy court for further proceedings;

WHEREAS, the Bank's bond has not been released.

THEREFORE, in consideration of the foregoing circumstances, the Parties hereby stipulate that:

1. The supersedeas bond in the amount of $24,175.00 shall be released to the Bank of Stockton.

DATED: October 8, 2018    JACOBS, ANDERSON, POTTER AND CHAPLIN, LLP

By:  /s/ *Douglas B. Jacobs*
Douglas B. Jacobs, attorney for Appellee, William Matthew Dugo

DATED: October 8, 2018    LEWIS BRISBOIS BISGAARD & SMITH LLP

By:  /s/ *Greg L. Johnson*
Greg L. Johnson, attorney for Appellant, BANK OF STOCKTON

**IT IS HEREBY ORDERED:**

The Clerk of the District Court shall release the supersedeas bond in the amount of $24,175.00, Receipt Number CAE200072473, posted by Bank of Stockton February 23, 2016.

Dated: October 9, 2018

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE